UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CHAVEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHAMROCK FOODS COMPANY, an Arizona Corporation, and DOES 1 to 10,<br><br>Defendant. | CASE NO. 5:17-cv-00731-SVW-AFM<br><br>[PROPOSED] ORDER REISSUING ORDER AND FINAL JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Removal Date: April 17, 2017<br><br>Trial Date: None Set |

Upon consideration of the Parties' stipulation, the Court finds good cause solely to reissue the April 3, 2018 order and final judgment granting final approval of class action settlement ("Order and Final Judgment") for the purpose of ensuring compliance with the ninety (90) day notice period pursuant to 28 U.S.C. §1715(d) of the Class Action Fairness Act.

WHEREFORE, the Order and Final Judgment shall be reissued on April 9, 2018, and all other terms of the Order and Final Judgment shall remain the same.

IT IS SO ORDERED.

DATED: 4/11/18

Honorable Stephen V. Wilson
United States District Judge